GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton Avenue,
Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

JESSE J. GARCIA
Attorney for Defendant
BAU PHUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR. 06-00266 CRW / CRB |
| Plaintiff, | |
| vs. | STIPULATION ORDER FOR MODIFICATION OF CONDITIONS OR RELEASE AND TRAVEL RESTRICTIONS |
| BAU PHUNG, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and therefore ORDERED that the previous travel restrictions and conditions of release for the defendant, Bau Phung, be modified as follows:

Mr. Phung is authorized to travel outside the Northern District; said travel order is expanded to include the entire State of California, and the States of Arizona, Colorado and Utah.

It is hereby further ordered that Mr. Phung is relieved of the obligation to

1.

1 | participate in pre-trial services supervision. Paul Manero of Pre-Trial Services and
2 |
3 | Assistant United States Attorney, David Hall have been advised of this request.
4 | So Stipulated:

David Hall
Assistant United States Attorney

Jesse J. Garcia
Attorney for Bau Phung

Magistrate Judge
United States District Court

2.