IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BAO VAN PHUNG,<br><br>    Defendant. | No. 3:06-cr-00266- CRB<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

Good cause appearing in the defendant's motion for early termination of supervised release (dkt. 558), and noting the Plaintiff's non-opposition thereto, the Court hereby GRANTS early termination of supervised release.

**IT IS SO ORDERED.**

Dated: March 4, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE